**Order entered June 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00436-CV

**HOLLY BONE A/K/A HOLLY MARTIN, Appellant**

**V.**

**DAVID TYLER MOSS, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09893**

## ORDER

By order dated June 23, 2021, we struck the sworn record and ordered the parties to file jurisdictional briefs because it appeared the trial court had not signed an order denying appellant's motion to vacate the temporary injunction. On June 28, 2021, appellant filed a Submission of Trial Court Order with a copy of the trial court's order signed on June 24, 2021. In light of this filing, we dispense with the requirement for jurisdictional briefs.

We **ORDER** Felica Pitre, Dallas County District Clerk, and Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court, to file their respective records on or before **July 29, 2021**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre; Ms. Reagor; and, all parties.

/s/    CRAIG SMITH
JUSTICE